UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON M. MORHY,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>DAVID LONG, WARDEN,<br><br>　　　　　Respondents. | CASE NO. ED CV 14-301-BRO (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　DATED: January 16, 2015.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\Judgment.wpd